**Abatement Order filed March 13, 2012.**



In The

# Fourteenth Court of Appeals
———————

NO. 14-11-00976-CV
NO. 14-11-00980-CV
———————

**HERITAGE GULF COAST PROPERTIES, INC. and SUMER S. PINGLIA,**
Appellants/Cross-Appellees

**V.**

**SANDALWOOD APARTMENTS, INC., JAIKISHIN S. BHAGIA,**
and NANIK S. BHAGIA, Appellees/Cross-Appellants

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-64342**

## A B A T E M E N T    O R D E R

On February 28, 2012, appellants/cross-appellees. Heritage Gulf Coast Properties, Inc. and Sumer S. Pinglia, filed a motion to disqualify Kevin D. Jewell, Allison C. Williams, and the firm of Chamberlain, Hrdlicka, White, Williams & Aughtry, counsel for Sandalwood Apartments, Inc., Jaikishin S. Bhagia, and Nanik S. Bhagia.  On March 1, 2011, appellees/cross-appellants filed a response in opposition to the motion.

It appears to this court that there are disputed issues of fact that require an evidentiary hearing on the motion. Accordingly, we order the appeal **ABATED** and **REMAND** the cause to the trial court for a hearing and ruling on the motion. The parties shall re-file the motion to disqualify and response thereto in the trial court. The trial court is directed to conduct a hearing and make findings of fact and conclusions of law supporting its ruling. A record of the hearing and a supplemental clerk's record containing the motion, response, the trial court's ruling, and the findings of fact and conclusions of law shall be filed with the clerk of this court on or before **April 13, 2012.**

The appeal is abated and removed from this court's active docket. All filing deadlines are suspended during the abatement period. The appeal will be reinstated on this court's active docket when the supplemental records ordered herein are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM